IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SHAVER,                          : Civil No. 1:25-CV-77
                                         :
    Plaintiff,                           :
                                         :
      v.                               :
                                         : (Chief Magistrate Judge Bloom)
FRANK BISIGNANO,                         :
Commissioner of Social Security,[1]      :
                                         :
    Defendant.                           :

## ORDER

AND NOW, this 3rd day of March 2026, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Bisignano is substituted as the defendant in this suit.